UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-53-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARVEY IMHOTEP | ORDER |

This matter comes before the Court on motion of the Defendant to seal DE 61 (Exhibits 1 through 3 to Defendant's Motion for Reduction of Sentence DE 60) in the above-referenced case. Exhibits 1 through 3 consist of Defendant's medical records maintained by the Bureau of Prisons and other records containing personally identifiable information. For good cause shown, the Court GRANTS the Defendant's motion to seal. DE 61 is hereby ORDERED sealed until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed documents to Defendant and to the United States.

SO ORDERED this 8 day of March, 2021.

JAMES C. DEVER III
United States District Judge